**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| UNITED WHOLESALE MORTGAGE, | : | No. 11 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KELLY DUTTON, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2020, the Petition for Allowance of Appeal and the Application to Proceed *In Forma Pauperis* are **DENIED**.